IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| PAUL TARBOX, | CV 14-0030-H-DLC-RKS |
| Plaintiff, | |
| vs. | ORDER |
| DAVID JENKINS, | |
| Defendants. | |

Plaintiff Paul Tarbox filed a Complaint alleging Defendant David Jenkins, a physician's assistant at the Lewis and Clark Detention Center where Mr. Tarbox was incarcerated, refused to provide him with prescribed medications. Mr. Tarbox did not pay the filing fee but he did submit a blank motion to proceed in forma pauperis with his Complaint. On April 25, 14, 2014, the Clerk of Court's Office wrote a letter to Mr. Tarbox informing him that he needed to either pay the filing fee or submit a completed and signed motion to proceed in forma pauperis. Mr. Tarbox filed nothing in response to the Clerk's letter.

On June 2, 2014, an Order was issued giving Mr. Tarbox until June 20, 2014 to pay the statutory filing fee of $400.00 or submit a motion to proceed in forma pauperis. Mr. Tarbox did neither.

No case has been initiated as there is no filing fee or motion to proceed in

1

forma pauperis. Mr. Tarbox's Complaint has not been filed, it was simply lodged with the Court.

ACCORDINGLY, the Clerk of Court is directed to close this matter.

DATED this 26th day of June, 2014.

/s/ Keith Strong
Keith Strong
United States Magistrate Judge